# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  3:24-MJ-270-BK |
| Jose Eusebio Medrano | ) |
| | ) |
| Defendant | ) |

FILED-USDC-NDTX-DA
'24 MAR 25 PM 4:05

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Eusebio Medrano                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875 (c)   Transmitting a Threatening Communication in Interstate Commerce

Date:  March 20, 2024

*Issuing officer's signature*

City and state:  Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/20/2024, and the person was arrested on *(date)* 3/22/2024
at *(city and state)* Dallas, TX.

Date: 3/25/2024

*Arresting officer's signature*

Special Agent John Loomis
*Printed name and title*